IN THE SUPREME COURT OF NORTH CAROLINA

No. 559PA11-2

FILED 12 JUNE 2014

BRUCE LEE GRIFFIN,
            Petitioner

        v.

MIKE BALL, Administrator, A/M Corre. Inst. #4680,
            Respondent

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order of the Court of Appeals, ___ N.C. App. ___, ___ S.E.2d ___ (2013), allowing petitioner's petition for writ of habeas corpus and vacating a judgment entered by Judge Laura J. Bridges on 11 February 2010 in Superior Court, Buncombe County. Heard in the Supreme Court on 15 April 2014.

> *Staples S. Hughes, Appellate Defender, by Barbara S. Blackman, Assistant Appellate Defender, for petitioner-appellee.*
>
> *Roy Cooper, Attorney General, by Joseph L. Hyde, Assistant Attorney General, for the State respondent-appellant.*

PER CURIAM.

Justice BEASLEY took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the order of the Court of Appeals. Accordingly, the order of the Court of Appeals is left undisturbed. *See,*

*e.g., Amward Homes, Inc. v. Town of Cary*, 365 N.C. 305, 716 S.E.2d 849 (2011); *Goldston v. State*, 364 N.C. 416, 700 S.E.2d 223 (2010).

AFFIRMED.